UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Melvin Cortez Carter**             **Docket No. 2:10-CR-59-1D**

### Petition for Action on Supervised Release

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Melvin Cortez Carter, who, upon an earlier plea of guilty to Count 1: Conspiracy to Interfere With Interstate Commerce by Robbery, in violation of 18 U.S.C. § 1951(b)(1) Count 2: Using and Carrying Firearms During and in Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c) and 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 19, 2011, to the custody of the Bureau of Prisons for a term of 141 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Melvin Cortez Carter was released from custody on March 15, 2022, at which time the term of supervised release commenced.

On June 15, 2022, a violation report was filed with the court reflecting the defendant's use of marijuana. Carter was continued on supervision and referred for a substance abuse assessment.

On July 19, 2022, a violation report was filed with the court reflecting the defendant's use of marijuana. Carter was continued on supervision, and the probation office increased contact with the defendant while monitoring his treatment compliance.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

According to warrants filed by the Greenville police department on September 28, 2022, the defendant was charged with Fleeing to Elude Arrest, Reckless Driving to Endanger, Speeding in a school zone (22CR306702-703), Speeding and Driving While License Revoked (22CR306695) in Pitt County, North Carolina. The defendant was forthcoming about the warrant to the probation officer and disclosed details of the event. To address this issue and closely monitor Carter's behavior, we recommend he participate in our district's Location Monitoring Program for a period of 60 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Melvin Cortez Carter
Docket No. 2:10-CR-59-1D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: October 13, 2022

### ORDER OF THE COURT

Considered and ordered this 14 day of October, 2022, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge